MORRIS MARGOLIS AND HYMAN M. MARGOLIS, RESPONDENTS, v. MAX PINNAS AND SAM PINNAS, PARTNERS, TRADING AS PINNAS & PINNAS, APPELLANTS.

Submitted December 10, 1923—Decided April 11, 1924.

On appeal from the Supreme Court, whose opinion is reported in 1 *N. J. Mis. R.* 117.

For the respondents, *Benjamin M. Weinberg.*

For the appellants, *Harry Levin* and *Milton M. Unger.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion of the Supreme Court.

*For affirmance*—THE CHANCELLOR, PARKER, MINTURN, KALISCH, BLACK, KATZENBACH, CAMPBELL, WHITE, GARDNER, VAN BUSKIRK, CLARK, JJ.   11.

*For reversal*—None.